UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Darryl Shukis : | |
| : | Civil Action No._____ |
| v. : | |
| : | JURY TRIAL DEMANDED |
| Nessa Monroe : | |

### NOTICE OF REMOVAL TO CLERK OF COURT

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(b) (Federal Question – 28 U.S.C. § 1331); AND U.S.C. § 1446 (Procedure for Removal)**

NOW COMES the Defendant, Nessa Monroe and submits this Notice of Removal pursuant to 28 U.S.C. § 1441(B) (Federal Question – 28 U.S.C. § 1331), and 28 U.S.C. § 1446 (Procedure for Removal), and states the following:

1. Plaintiff commenced a state court action entitled *Darryl Shukis v. Nessa Monroe*, Coos County Superior Court, Docket No. 214-2023-CV-00015, through service upon the Defendant. A true and accurate copy of the Complaint is attached hereto as Exhibit A.

2. This civil action is removable under 28 U.S.C. § 1441 because Plaintiff alleges violations of federal law against the Defendant, specifically, pursuant to 42 U.S.C. § 1983. *See* Complaint Count I and II.

3. The United States District Court for the District of New Hampshire has proper subject matter jurisdiction over and is the proper venue for all claims in this action.

4. The time for removal has not expired, as Defendant was not served in this matter until on or after February 14, 2023.

5. A copy of this notice of removal has been sent to Plaintiff (Exhibit B) and to the Coos County Superior Court (Exhibit C).

6. A Civil Cover Sheet is filed herewith (Exhibit D).

                              Respectfully submitted,

                              NESSA MONROE

                              By her Attorneys,

                              Cullen Collimore Shirley PLLC

Dated: March 7, 2023               By: /s/ Brian J.S. Cullen
                                          Brian J. S. Cullen, Esquire
                                          NH Bar # 11265
                                          37 Technology Way, Suite 3W2
                                          Nashua, NH 03060
                                          (603) 881-5500
                                          bcullen@cullencollimore.com

## **CERTIFICATE OF SERVICE**

      I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record and emailed this date to Plaintiff's Counsel.

Dated: March 7, 2023               /s/ Brian J.S. Cullen
                                            Brian J.S. Cullen, Bar #11265